Samuel Kersten, trading as Eskay Valve Company, appellee, v. James B. Clow and Sons, appellant. Gen. No. 39,524.

Opinion filed December 15, 1937. Rehearing denied December 28, 1937.

Frisch & DeHaan, for appellant; Samuel J. Nordorf, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Jesse H. Brown, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Stella Mitchell, appellant, v. William A. Wyrzkowski et al., defendants. Cicero Trust and Savings Bank and Charles H. Albers, appellees. Gen. No. 38,933.

Opinion filed December 31, 1937.

Earl J. Walker, for appellant. Schnackenberg, Hansen & Towle, for appellees; Elmer J. Schnackenberg and Roland Towle, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

A. W. Froehde, appellant, v. George Hopfner et al., defendants. Belmont Realty Company, appellee. Gen. No. 39,728.

Opinion filed December 31, 1937.

Albert W. Froehde, for appellant. Downs, McGoorty & Howe, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Thomas Croppe and Joseph Malin, plaintiffs, v. Central Illinois Produce Company, defendant. Joseph Malin, appellee, v. Central Illinois Produce Company, appellant. Gen. No. 39,628.

Opinion filed December 31, 1937.

Guy C. Guerine, for appellant. Thomas M. Morris, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.